Ramona TWELLMAN, Appellant,

v.

Kevin T. TWELLMAN, Respondent.

No. 70796.

Missouri Court of Appeals, Eastern District, Division One.

April 22, 1997.

Justin C. Cordonnier, Michelle S. House, Jeffery T. McPherson, St. Louis, for appellant.

David B. Lacks, Clayton, Leigh Joy Carson, St. Louis, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Ramona Twellman (Mother) appeals from a judgment granting her motion to modify her decree of dissolution. Mother alleges the court abused its discretion by 1) failing to award a retroactive increase in child support, and 2) failing to award Mother reasonable attorney's fees. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).